1  AARON D. FORD
     Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail:  pdunkley@ag.nv.gov
6
   *Attorneys for Defendants*
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  DEREK PHILLIPS,

                                          Case No.  3:18-cv-00208-RCJ-CBC
11              Plaintiff,
                                          **STIPULATION AND ORDER OF**
12  vs.                                   **DISMISSAL WITH PREJUDICE**

13  CCS BAKER, et al.,

14              Defendants.

15       It is hereby stipulated and agreed by and between Plaintiff, Derek Phillips, and all Defendants in

16  this matter, including but not limited to Behringer and Baker by and through counsel, Aaron D. Ford,

17  Nevada Attorney General, and Peter E. Dunkley, Deputy Attorney General, that the above-captioned

18  matter is dismissed, in its entirety, with prejudice, and each party will bear their own attorney fees and

19  costs.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on September 24, 2019, and which are memorialized in the Minutes of Proceedings entered as ECF No. 10.

DATED this ___2nd___ day of October, 2019.          DATED this ___25th___ day of October, 2019.

By: _____          AARON D. FORD
     Derek Phillips, Plaintiff #1154073          Attorney General
     Plaintiff, *Pro Se*

                                         By: _____
                                             Peter E. Dunkley, Bar No. 11110
                                             Deputy Attorney General
                                             *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated this 16th day of October, 2019.